# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2852

_____

| | | |
|---|---|---|
| Scott Scanlon, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Correctional Medical Services; | * | |
| Roland Anderson, Regional | * | |
| Medical Director, CMS; Max | * | |
| Mobley, Deputy Director, Arkansas | * | |
| Department of Correction; Dr. Robin | * | |
| Hickerson, Former ADC Psychiatrist; | * | [UNPUBLISHED] |
| Dr. Solomon Mogbo, Former CMS | * | |
| Doctor, ADC; Lorne Ryan, Consult | * | |
| Doctor, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 23, 2005
Filed: March 24, 2005

_____

Before MELLOY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this interlocutory appeal, Arkansas prisoner Scott Scanlon contests the district court's[1] denial of his motion for a preliminary injunction. Scanlon claims that defendants are violating the Eighth Amendment through their deliberate indifference to his serious medical needs, and requests transfer to "an appropriate medical facility."

The district court did not abuse its discretion in determining that a preliminary injunction was not warranted in this case because Scanlon showed neither a threat of irreparable harm nor a probability of success on the merits. The record reflects that Scanlon is receiving ongoing medical care, and that he merely disagrees with defendant medical providers' diagnoses and treatment. See Bandag, Inc. v. Jack's Tire & Oil, Inc., 190 F.3d 924, 926 (8th Cir. 1999) (per curiam) (standard of review); Smith v. Marcantonio, 910 F.2d 500, 502 (8th Cir. 1990) (mere disagreement with course of treatment does not state constitutional claim for deliberate indifference); Dataphase Sys., Inc. v. C.L. Sys., Inc., 640 F.2d 109, 113 (8th Cir. 1981) (en banc) (factors to consider in deciding whether to grant preliminary injunction).

Accordingly, we affirm.

_____

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.